# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AMBRUNO EMILIO DOMINGO FRANCISCO<br>(aka Ramiro Hernandez-Cruz),<br><br>　　　　　　　Defendant. | Case No. 20-CR-02604-CAB<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed without prejudice. The bond set by the Magistrate Judge is exonerated.

**IT IS SO ORDERED.**

DATED: September 2, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. CATHY ANN BENCIVENGO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge